UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASMINE SANCHEZ,<br><br>                 Plaintiff,<br>    v.<br>CHET RIGNEY, *et al.*,<br><br>                Defendants. | Case No. 3:22-cv-00259-MMD-CSD<br><br>ORDER |

      This matter is referred to the Court for the limited purpose of determining whether Plaintiff's *in forma pauperis* status should continue on appeal. This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" under 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (concluding that revocation of *in forma pauperis* status is appropriate where the district court finds the appeal to be frivolous).

      DATED THIS 10th Day of February 2023.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE